UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

ISAIAH WASHINGTON a/k/a Ace,

         Defendant.

_____

23-CR-91-LJV-HKS
DECISION & ORDER

1. On August 15, 2024, the defendant, Isaiah Washington, pleaded guilty to counts 1 and 8 of the indictment charging a violation of Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute, and to distribute, 50 grams or more of methamphetamine) and a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm and ammunition). Docket Item 121.

2. On August 15, 2024, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 122.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Schroeder's Report & Recommendation (Docket Item 122), the plea agreement (Docket Item 121), the indictment (Docket Item 58), a transcript of the plea proceeding (Docket Item 124),

and the applicable law. Based on that review, this Court conducted a subsequent plea colloquy on October 31, 2024.

5. With the addition of this Court's subsequent plea colloquy, the Court ~~finds~~ /s/ adopts Judge Schroeder's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of counts 1 and 8 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Schroeder's August 15, 2024 Report & Recommendation, Docket Item 122, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Isaiah Washington is now adjudged guilty under Title 21, United States Code, Section 846 and Title 18, United States Code Section 922(g)(1).

SO ORDERED.

Dated: November 5, 2024
Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE